**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Ramada Worldwide Inc., f/k/a Ramada Franchise Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NISH JOBALI, also known as NISHITH B. JOBALIA, an individual,<br><br>Defendant. | Civil Action No. 13-cv-03898 (WJM)(MF)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc. ("RWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendant, Nish Jobali, also known as Nishith B. Jobalia (the "Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on June 25, 2013, seeking damages as a result of the breach of a license agreement between RWI and Defendant; and service of the Summons and Complaint having been effectuated with respect to Defendant by personally serving him in Manchester, Tennessee on July 18, 2013; and it appearing that default was duly noted by the Clerk of the Court against Defendant on

December 12, 2013 for his failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 17 day of June, 2014,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendant in the total amount of $540,217.57, comprised of the following:

   a) $256,673.68 for liquidated damages (principal plus prejudgment interest);

   b) $279,026.17 for Recurring Fees (principal plus prejudgment interest); and

   c) $4,517.72 for attorneys' fees and costs.

_____
HONORABLE WILLIAM J. MARTINI, U.S.D.J.